UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : CRIMINAL NO. 02-761-002 (PGS) |
| | : |
| v. | : |
| | : ORDER APPOINTING COUNSEL |
| | : |
| LUIS VALDEZ-CABRERA | : |

This matter having been opened to the Court upon the request of Defendant Luis Valdez-Cabrera, through the Office of the Federal Public Defender (Karina Fuentes, appearing), for an Order by the Court appointing counsel in Mr. Valdez-Cabrera's 18 U.S.C. § 3582(c) proceedings; and,

this Court having considered the request; and,

after good cause shown;

It is hereby Ordered on this  7  day of May, 2008  that the Office of the Federal Public Defender (Karina Fuentes, appearing) is appointed to represent Luis Valdez-Cabrera in this matter.

_____
HONORABLE PETER G. SHERIDAN
United States District Court Judge